UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WAYNE E. DAY**, <br><br> Plaintiff, <br><br> v. <br><br> **LOUIS DEJOY,** Postmaster General of the United States, <br><br> Defendant. | Case No. 1:22-cv-2227 (TNM) |

## ORDER

On July 28, 2022, Postal Service employee Wayne Day sued the Postmaster General challenging an administrative award of attorney's fees and costs in an Equal Employment Opportunity Commission (EEOC) matter. *See* Compl., ECF No. 1. On December 19, 2022, Defendant filed a Motion to Dismiss the Complaint on the basis of improper venue, or in the alternative a Motion to Transfer Venue. *See* Mot. to Dismiss, ECF No. 9. Plaintiff did not file a response to this Motion to Dismiss within fourteen days, as required by the local rules. *See* LCvR 7(b). Instead, Plaintiff filed a Motion for an Extension of Time to File a Response two days after that Motion came due. *See* Mot. for Extension of Time, ECF No. 10. This motion violates Paragraph 9(A) of this Court's Standing Order, which requires parties to file all such motions four business days before the affected deadline. *See* Standing Order, ECF No. 2.

The Court has already excused Plaintiff's untimeliness once. As the docket shows, Plaintiff initially filed a Complaint purportedly signed by his counsel, Mr. Gunn. *See* Compl. at 1 (referring to counsel); *see also id.* at 4 (signature of counsel). Then, after the 90 days to file proof of service had expired, counsel communicated to the Court that his client initially

proceeded pro se, but that he intended to enter an appearance.  *See* Errata re Complaint, ECF No. 7; Not. of Appearance, ECF No. 6.  Given this confusion, the Court permitted the late return of service affidavits.  But the Court will not permit a second untimely filing—especially now that Gunn has entered his appearance, he is presumed to know and comply with this Court's Standing Order and the Local Rules.

Accordingly, and upon consideration of Defendant's Motion to Dismiss, the pleadings, and the relevant law, it is

**ORDERED** that Defendant's [9] Motion to Dismiss is GRANTED as conceded under Local Civil Rule 7(b); and it is

**ORDERED** that Plaintiff's [10] Unopposed Motion for Extension of Time to File Response/Reply is DENIED; and it is

**ORDERED** that the Complaint is DISMISSED without prejudice.

The Clerk of Court shall close this case.

**SO ORDERED**.

Dated: January 6, 2023                                              TREVOR N. McFADDEN, U.S.D.J.